IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DONYEIL CUNNINGHAM, | * |
| Petitioner, | * |
| vs. | * |
| | CASE NO. 3:09-CV-28 (CDL) |
| HILTON HALL, | * |
| Respondent. | * |

ORDER ON RECOMMENDATION TO DENY RELIEF

After a *de novo* review of the record in this case, the Recommendation to Deny Relief filed by the United States Magistrate Judge on May 11, 2011, is hereby approved, adopted, and made the Order of the Court. The Court also accepts the Magistrate Judge's recommendation to deny a certificate of appealability.

The objection of the Petitioner has been considered and is found to be without merit.

IT IS SO ORDERED, this 6th day of July, 2011.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE